# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Marc Hubbard,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:23-cv-00832-MR |
| | ) | 2:15-cr-96 (EDPA) |
| vs. | ) | |
| | ) | |
| **United States of America Bureau of Prisons, et al.,** | ) ) ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 21, 2024 Order.

October 21, 2024

Katherine Hord Simon, Clerk
United States District Court